**From:** Alan Maestas (alan@taoslegal.com)
**To:** rmart1017@yahoo.com;
**Date:** Sat, March 26, 2011 10:11:26 AM
**Cc:**
**Subject:** RE: Cristobal Montoya claim

I have informed the carrier and will let them know of your concerns.

---

**From:** Rudy Martin [mailto:rmart1017@yahoo.com]
**Sent:** Thursday, March 24, 2011 6:00 PM
**To:** alan@taoslegal.com
**Subject:** Cristobal Montoya claim

Dear Mr. Maestas,

It has been over a week since we spoke regarding the Cristobal Montoya claim. Furthermore, it has been over a month since I sent you my letter in which I requested that a representative from your insurance carrier contact me and advise that they are evaluating the claim. At this time I am requesting that someone with your insurance carrier contact me within the next five days or I will be filing a lawsuit against your firm. There is no reason for not being contacted regarding this matter in a timely manner. I would appreciate being kept abreast of any decisions.

Rudy Martin

---

No virus found in this message.
Checked by AVG – www.avg.com
Version: 10.0.1204 / Virus Database: 1498/3528 – Release Date: 03/25/11





DEFENDANT'S
EXHIBIT

/