**From:** Rudy Martin (rmart1017@yahoo.com)
**To:** alan@taoslegal.com;
**Date:** Fri, April 1, 2011 11:35:20 AM
**Cc:**
**Subject:** Cristobal Montoya claim

Dear Mr. Maestas,

I am writing because I am perplexed that no one with your professional insurance carrier has had the courtesy of contacting my office with reference to the claim by Cristobal Montoya. All it takes is a simple phone call. because this has not happened, I will be filing a lawsuit against your firm by early next week. I am sure that once it has been served, everyone involved will realize that this claim is real and needs to be dealt with ASAP. I was hoping that this would not be necessary, however decisions have been made which leaves us no other alternative.

Rudy Martin

