**From:** Alan Maestas (alan@taoslegal.com)
**To:** rmart1017@yahoo.com;
**Date:** Fri, April 1, 2011 11:44:27 AM
**Cc:**
**Subject:** RE: Cristobal Montoya claim

This message will go to the carrier as the other did.

---

**From:** Rudy Martin [mailto:rmart1017@yahoo.com]
**Sent:** Friday, April 01, 2011 11:35 AM
**To:** Alan Maestas
**Subject:** Cristobal Montoya claim

Dear Mr. Maestas,

I am writing because I am perplexed that no one with your professional insurance carrier has had the courtesy of contacting my office with reference to the claim by Cristobal Montoya. All it takes is a simple phone call. because this has not happened, I will be filing a lawsuit against your firm by early next week. I am sure that once it has been served, everyone involved will realize that this claim is real and needs to be dealt with ASAP. I was hoping that this would not be necessary, however decisions have been made which leaves us no other alternative.

Rudy Martin

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1209 / Virus Database: 1500/3544 - Release Date: 04/01/11



DEFENDANT'S
EXHIBIT
3