Dear Mr. Deegan,

Thank you for your e-mail regarding this claim. I had submitted a letter to Mr. Maestas approximately two months ago and had not heard anything from anyone. I don't know when he got our demand to your office, however, I appreciate you communicating with me as I was getting ready to file a lawsuit against his firm this week. With reference to getting you all of the requested documents, be advised that I will be obtaining them and will also submit our demand. However, there is no reason for you not to be able to obtain the requested information from your insured, Mr. Maestas as he has the original documents in his office and after all, he is your insured and has a responsibility to cooperate with your company in the investigation and preparation of this case. What I see is you requiring my client to invest additional time and money to do what your insured is required to do. However, if your insured will not cooperate with you, I will be more than glad to provide you with the requested documents. Mr. Maestas is not the most cooperative person I have dealt with. I look forward to you response.

Rudy Martin
Attornet at Law
P.O. Box 2668
Espanola, New Mexico 87532
(505) 747-3799
Rmart1017@yahoo.com

---

**From:** Michael Deegan <michael.deegan@zurichna.com>
**To:** rmart1017@yahoo.com
**Cc:** alan@taoslegal.com
**Sent:** Wed, April 6, 2011 7:08:14 AM
**Subject:** Cristobal Montoya / Alan Maestas 9410337019

Mr. Martin,

This will acknowledge receipt of your claim against Alan Maestas Law Office, P.C. I am the Professional Liability Counsel for this matter; kindly direct all correspondence to my attention.

In order to investigate the matter, please provide me with a comprehensive letter describing the alleged facts and circumstances surrounding this claim. In addition, provide me with any and all documentation which you believe supports this claim. Finally, please provide me with a reasonable demand to consider for purposes of potential settlement of this matter, along with any documentation that supports your damages demand. Note that this request for a demand is not an admission of liability, but made in the normal course of investigating the claim.

If you have any questions, please contact me. Kindly include the above claim number on all forms of communication.

Michael J. Deegan
Claims Counsel - Zurich Professional Programs Claims
Zurich American Insurance Company
Professional Programs Claims
P.O. Box 968041
Schaumburg, IL 60196-8041
Ph.: (212) 553-5637
Fax: (866) 255-2962
email: michael.deegan@zurichna.com

******************** PLEASE NOTE ********************
This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.

